MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
JILLIANE A. JACKSON, ESQ.
Nevada Bar No. 15573
**FREEMAN MATHIS & GARY, LLP**
770 E. Warm Springs Rd. Suite 360
Las Vegas, NV 89119
Tel.: 725.258.7360
Fax: 833.336.2131
Michael.Edwards@fmglaw.com

Benjamin M. Wegener, Esq. (State Bar #36952)
**WEGENER LANE & EVANS, P.C.**
743 Horizon Court, Suite 200
Grand Junction, Colorado 81506
Tel: (970)242-2645
ben@wlelegal.com
Pro Hac Vice

*Attorneys for Plaintiff Nuclear Care Partners, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NUCLEAR CARE PARTNERS, LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br>vs.<br><br>RUBEN MENDOZA, an individual; STEPHEN BURR, an individual; and ATOMIC WORKERS ALLIANCE, LLC, a Tennessee limited liability company<br><br>　　　　　Defendants. | Case No.: 2:24-cv-01441-APG-DJA<br><br>Joint Motion<br>~~STIPULATION~~ **AND ORDER EXTENDING TIME FOR DEFENDANT ATOMIC WORKERS ALLIANCE, LLC'S RESPONSE TO PLAINTIFF'S VERIFIED COMPLAINT**<br>**(FIRST REQUEST)** |

Pursuant to Local Rule LR IA 6-1 and LR 7-1, IT IS HEREBY STIPULATED between Plaintiff Nuclear Care Partners, LLC and Defendant Atomic Workers Alliance, LLC ("AWA") that AWA has until and including **Monday, September 23, 2024**, to file a response to Plaintiff's Verified Complaint, which was filed on August 7, 2024. AWA's counsel was recently retained and requires time to review the pleadings to prepare an appropriate response. This is AWA's first request for an extension of time to file a responsive pleading.

This request for an extension order is made by all parties in good faith and not for the purposes of delay.

**IT IS SO STIPULATED.**

Dated this 3rd day of September 2024

/s/ *Michael M. Edwards*_____
Michael M. Edwards, Esq.
Nevada Bar No. 6281
Jilliane A. Jackson, Esq.
Nevada Bar No. 10959
**FREEMAN MATHIS & GARY, LLP**
770 East Warm Springs Road, Suite 360
Las Vegas, Nevada 89119

Benjamin M. Wegener, Esq.
(State Bar #36952)
**WEGENER LANE & EVANS, P.C.**
743 Horizon Court, Suite 200
Grand Junction, Colorado 81506
Pro Hac Vice
*Counsel for Plaintiffs*

Dated this 3rd day of September 2024

/s/ Todd J. Dressel_____
Todd J. Dressel Esq.
Nevada Bar No. 5936
**MCGUIRE WOODS, LLP**
Two Embarcadero Center, Suite 1300
San Francisco, California 94111
*Counsel for Defendant Atomic Workers Alliance, LLC*

## ORDER

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 15). IT IS SO ORDERED.

DATED: 9/4/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE