Timothy P. Elson, Esq.
Nevada State Bar # 11559
**THE LAW OFFICES OF TIMOTHY ELSON**
8965 S. Eastern Ave., Suite 382
Las Vegas, Nevada 89123
Tim@ElsonLawOffices.com
(702) 874-8600

Attorneys for Defendant
Ruben Mendoza

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NUCLEAR CARE PARTNERS, LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br>　v.<br><br>RUBEN MENDOZA, an individual; STEPHEN BURR, an individual; and ATOMIC WORKERS ALLIANCE, LLC, a Tennessee limited liability company,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-01441-APG-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINES** |

　　　　Plaintiff Nuclear Care Partners, LLC ("NCP"), by and through its counsel, Benjamin M. Wegener, Esq., of Wegener Lane & Evans, P.C., and Defendant Ruben Mendoza ("Mendoza"), by and through its counsel of record, Timothy P. Elson, Esq., of The Law Offices of Timothy Elson, hereby stipulate as follows:

　　　　1. NCP and Mendoza have entered into preliminary discussions in good faith to resolve this matter without further judicial involvement. While the parties have not reached any resolution, the parties would like to continue said discussions before moving forward with litigation.

　　　　2. NCP and Mendoza stipulate to continue the deadline for Mendoza to respond to NCP's Complaint (ECF No. 1) to September 30, 2024.

　　　　3. NCP and Mendoza further stipulate to continue the deadline for Mendoza to oppose NCP's Motion for Ex Parte Temporary Restraining Order (ECF No. 7) to September 30, 2024.

///

///

4. This is the Parties' first request for an extension.

**IT IS SO STIPULATED.**

DATED this 15th day of September, 2024

Submitted by:

| **WEGENER LANE & EVANS, P.C.** | **THE LAW OFFICES OF TIMOTHY ELSON** |
|---|---|
| /s/ Benjamin Wegener (with permission) <br> Benjamin M. Wegener, Esq. <br> Colorado Bar No. 36952 <br> 743 Horizon Court, Suite 200 <br> Grand Junction, Colorado 81506 <br> (970) 242-2645 <br> *Attorneys for Plaintiff Nuclear Care Partners, LLC* | /s/ Timothy Elson <br> Timothy P. Elson, Esq. <br> Nevada Bar No. 11559 <br> 8965 S. Eastern Ave., Suite 382 <br> Las Vegas, Nevada 89123 <br> (702) 874-8600 <br> *Attorney for Defendant Ruben Mendoza* |

**ORDER**

**IT IS SO ORDERED**

DATED this  16th  day of September, 2024

_____
Andrew P. Gordon, United States District Judge

2