Timothy P. Elson, Esq.
Nevada State Bar # 11559
**THE LAW OFFICES OF TIMOTHY ELSON**
8965 S. Eastern Ave., Suite 382
Las Vegas, Nevada 89123
Tim@ElsonLawOffices.com
(702) 874-8600

Attorneys for Defendant
Ruben Mendoza

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NUCLEAR CARE PARTNERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>RUBEN MENDOZA, an individual; STEPHEN BURR, an individual; and ATOMIC WORKERS ALLIANCE, LLC, a Tennessee limited liability company,<br><br>Defendants. | Case No.: 2:24-cv-01441-APG-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINES [SECOND REQUEST]** |

Plaintiff Nuclear Care Partners, LLC ("NCP"), by and through its counsel, Benjamin M. Wegener, Esq., of Wegener Lane & Evans, P.C., and Defendant Ruben Mendoza ("Mendoza"), by and through its counsel of record, Timothy P. Elson, Esq., of The Law Offices of Timothy Elson, hereby stipulate as follows:

1. NCP and Mendoza are still engaging in discussions in good faith to resolve this matter without further judicial involvement. While the parties have not reached any resolution, the parties would like to continue said discussions before moving forward with litigation.

2. NCP's counsel, Mr. Wegener, was recently involved in a jury trial that lasted approximately eight (8) days. As such, the parties need additional time to continue their discussions.

3. NCP and Mendoza stipulate to continue the deadline for Mendoza to respond to NCP's Complaint (ECF No. 1) to October 15, 2024.

4. NCP and Mendoza further stipulate to continue the deadline for Mendoza to oppose NCP's Motion for Ex Parte Temporary Restraining Order (ECF No. 7) to October 15, 2024.

1

1. 5. This is the Parties' second request for an extension.

**IT IS SO STIPULATED.**

DATED this 30th day of September, 2024

Submitted by:

| **WEGENER LANE & EVANS, P.C.** | **THE LAW OFFICES OF TIMOTHY ELSON** |
|---|---|
| /s/ Benjamin Wegener (with permission) | /s/ Timothy Elson |
| Benjamin M. Wegener, Esq. | Timothy P. Elson, Esq. |
| Colorado Bar No. 36952 | Nevada Bar No. 11559 |
| 743 Horizon Court, Suite 200 | 8965 S. Eastern Ave., Suite 382 |
| Grand Junction, Colorado 81506 | Las Vegas, Nevada 89123 |
| (970) 242-2645 | (702) 874-8600 |
| *Attorneys for Plaintiff Nuclear Care Partners, LLC* | *Attorney for Defendant Ruben Mendoza* |

**ORDER**

**IT IS SO ORDERED**

DATED this 2nd day of October, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

The undersigned, an employee of the law firm of The Law Offices of Timothy Elson, hereby certifies that on September 30, 2024, he served a copy of the foregoing **STIPULATION AND ORDER TO CONTINUE DEADLINES [SECOND REQUEST]** by electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk:

| | |
|---|---|
| Michael M. Edwards, Esq.<br>Freeman Mathis & Gary, LLP<br>770 E. Warm Springs Rd., Suite 360<br>Las Vegas, NV 89119 | Attorneys for Plaintiff Nuclear Care Partners, LLC<br><br>Tel:  (725) 258-7360<br>Email: Micahel.Edwards@fmglaw.com |
| Benjamin M. Wegener, Esq.<br>Wegener Lane & Evans, P.C.<br>743 Horizon Court, Suite 200<br>Grand Junction, Colorado 81506 | Attorneys for Plaintiff Nuclear Care Partners, LLC<br><br>Tel:  (970) 242-2645<br>Email: ben@wlelegal.com |
| Ryan J. Works, Esq.<br>McDonald Carano LLP<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, NV 81102 | Attorneys for Defendant Atomic Workers Alliance, LLC<br><br>Tel:  (702) 873-4100<br>Email: rworks@mcdonaldcarano.com |
| Todd J. Dressel, Esq.<br>McGuire Woods, LLP<br>Two Embarcadero Center, Suite 1300<br>San Francisco, CA 94111 | Attorneys for Defendant Atomic Workers Alliance, LLC<br><br>Tel:  (415) 844-9944<br>Email:  tdressel@mcguirewoods.com |

　　　　　　　　　　　　　　　　　　　　   /s/ Timothy Elson   
　　　　　　　　　　　　　　　　　　　An employee of
　　　　　　　　　　　　　　　　　　　The Law Offices of Timothy Elson