Todd J. Dressel, Esq.
Nevada Bar No.: 5936
**McGuireWoods LLP**
McGuireWoods LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
(415) 844-1965
tdressel@mcguirewoods.com

*Counsel for Defendant Atomic Workers Alliance, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NUCLEAR CARE PARTNERS, LLC, A Nevada Limited Liability company,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN MENDOZA, an individual; STEPHEN BURR, an individual; and ATOMIC WORKERS ALLIANCE, LLC, A Tennessee Limited liability company<br><br>Defendants. | Case No.: 2:24-cv-01441-GMN-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT STEPHEN BURR TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (FIRST REQUEST)** |

Plaintiff Nuclear Care Partners, LLC ("NCP"), by and through its counsel, Benjamin M. Wegener, Esq., of Wegener Lane & Evans, P.C., and Defendant Stephen Burr ("Burr"), by and through his counsel of record, Todd Dressel, Esq., of McGuireWoods, LLP, hereby stipulate as follows:

1. NCP, Defendant Atomic Workers Alliance, LLC and Burr have entered into preliminary discussions in good faith to fully resolve this matter without further judicial involvement. While the parties have not reached any resolution, the parties have made meaningful progress and would like to continue said discussions before moving forward with litigation.

1

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT ATOMIC WORKERS ALLIANCE, LLC'S RESPONSE TO PLAINTIFF'S VERIFIED COMPLAINT
CASE NO. 2:24-cv-01441-GMN-DJA

2. Accordingly, NCP and Burr stipulate to continue the deadline for Burr to respond to NCP's Motion for Temporary Restraining Order (ECF No. 7) by two weeks, from November 29, 2024 to December 13, 2024.

3. This is the Parties' first request for an extension.

IT IS SO STIPULATED.

DATED this 20th day of November 2024

Submitted by:

By: /s/ Benjamin M. Wegener
Michael M. Edwards, Esq.
Nevada Bar No.: 6281
Alicia A. Hagerman, Esq.
Nevada Bar No.: 10891
770 E. Warm Springs Rd. Suite 360
Las Vegas, Nevada 89119

Benjamin M. Wegener, Esq.
Colorado State Bar No.: 36952
WEGENER LANE & EVANS, P.C.
743 Horizon Court, Suite 200
Grand Junction, Colorado 81506
Pro Hac Vice Pending

*Counsel for Plaintiff*

IT IS SO ORDERED.

-and-

Dated this __20__ day of November 2024.

/s/ Todd J. Dressel
Todd J. Dressel, Esq.
McGuireWoods LLP
201 Clay St., Suite 1300
San Francisco, CA 94111
*Counsel for Defendant Atomic Workers Alliance, LLC*

_____
Gloria M. Navarro
United States District Judge

\* \* \*

3

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT ATOMIC WORKERS ALLIANCE, LLC'S RESPONSE TO PLAINTIFF'S VERIFIED COMPLAINT
CASE NO. 2:24-cv-01441-GMN-DJA

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2024, I electronically filed the foregoing document entitled **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT STEPHEN BURR TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (FIRST REQUEST)** with the United States District Court, District of Nevada using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Todd J. Dressel*
Todd J. Dressel