```
MCGUIREWOODS LLP
Todd J. Dressel
Nevada Bar No.: 5936
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922
tdressel@mcguirewoods.com
```

*Counsel for Defendant Atomic Workers Alliance, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NUCLEAR CARE PARTNERS, LLC, A Nevada Limited Liability company,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN MENDOZA, an individual; STEPHEN BURR, an individual; and ATOMIC WORKERS ALLIANCE, LLC, A Tennessee Limited liability company<br><br>Defendants. | Case No.:  2:24-cv-01441-GMN-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT STEPHEN BURR TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (SECOND REQUEST)** |

Plaintiff Nuclear Care Partners, LLC ("NCP"), by and through its counsel, Benjamin M. Wegener, Esq., of Wegener Lane & Evans, P.C., and Defendant Stephen Burr ("Burr"), by and through his counsel of record, Todd Dressel, Esq., of McGuireWoods, LLP, hereby stipulate as follows:

1. NCP, Defendant Atomic Workers Alliance, LLC and Burr are continuing discussions in good faith to fully resolve this matter without further judicial involvement. While the parties have not reached a final resolution, the parties have made meaningful progress and would like to continue said discussions before moving forward with litigation, including the costs associated with motion practice.

-1-

2. The parties are committed to devoting resources to resolution at this stage and believe they will be able to resolve this in the coming thirty (30) days.

3. Accordingly, NCP and Burr stipulate to continue the deadline for Burr to respond to NCP's Motion for Temporary Restraining Order (ECF No. 7) by three weeks, from December 13, 2024 to January 3, 2025.

4. This is the Parties' second request for an extension.

T IS SO STIPULATED.

DATED this 13th day of December, 2024

Submitted by:

By: /s/ Benjamin M. Wegener
Michael M. Edwards, Esq.
Nevada Bar No.: 6281
Alicia A. Hagerman, Esq.
Nevada Bar No.: 10891
770 E. Warm Springs Rd. Suite 360
Las Vegas, Nevada 89119

Benjamin M. Wegener, Esq.
Colorado State Bar No.: 36952
WEGENER LANE & EVANS, P.C.
743 Horizon Court, Suite 200
Grand Junction, Colorado 81506
Pro Hac Vice Pending

*Counsel for Plaintiff*

-and-

/s/ Todd J. Dressel
Todd J. Dressel, Esq.
McGuireWoods LLP
201 Clay St., Suite 1300
San Francisco, CA 94111
*Counsel for Defendant Atomic Workers Alliance, LLC*

**ORDER**

GRANTED this __16__ day of December, 2024.

IT IS SO ORDERED.

_____
HONORABLE PRESIDING JUDGE
GLORIA M. NAVARRO

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing document entitled **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT STEPHEN BURR TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (SECOND REQUEST)** with the United States District Court, District of Nevada using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Todd J. Dressel*
Todd J. Dressel