MCGUIREWOODS LLP
Todd J. Dressel
Nevada Bar No.: 5936
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922
tdressel@mcguirewoods.com

*Counsel for Defendant Atomic Workers Alliance, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NUCLEAR CARE PARTNERS, LLC, A Nevada Limited Liability company,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN MENDOZA, an individual; STEPHEN BURR, an individual; and ATOMIC WORKERS ALLIANCE, LLC, A Tennessee Limited liability company<br><br>Defendants. | Case No.: 2:24-cv-01441-GMN-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT STEPHEN BURR TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER <u>(THIRD REQUEST)</u>** |

Plaintiff Nuclear Care Partners, LLC ("NCP"), by and through its counsel, Benjamin M. Wegener, Esq., of Wegener Lane & Evans, P.C., and Defendant Stephen Burr ("Burr"), by and through his counsel of record, Todd Dressel, Esq., of McGuireWoods, LLP, hereby stipulate as follows:

1. NCP, Defendant Atomic Workers Alliance, LLC and Burr are continuing discussions in good faith to fully resolve this matter without further judicial involvement. The parties have exchanged draft settlement documentation as they continue to make meaningful progress towards a final resolution. As a result of their on-going progress, the parties would like to continue settlement efforts before moving forward with litigation, including the costs associated

-1-

1 with motion practice.

2     2. The parties are committed to devoting resources to resolution at this stage.

3     3. Accordingly, NCP and Burr stipulate to continue the deadline for Burr to respond

4 to NCP's Motion for Temporary Restraining Order (ECF No. 7) by from January 3, 2025 to

5 January 13, 2025.

6     4. This is the Parties' third request for an extension.

7

8 T IS SO STIPULATED.

9 DATED this 2nd day of January 2025

10 Submitted by:

11

12                               By: */s/ Benjamin M. Wegener*

                                    Michael M. Edwards, Esq.

13                                   Nevada Bar No.: 6281

14                                   Alicia A. Hagerman, Esq.

                                  Nevada Bar No.: 10891

15                                   770 E. Warm Springs Rd. Suite 360

                                  Las Vegas, Nevada 89119

16

                                  Benjamin M. Wegener, Esq.

17                                   Colorado State Bar No.: 36952

18                                   WEGENER LANE & EVANS, P.C.

                                  743 Horizon Court, Suite 200

19                                   Grand Junction, Colorado 81506

                                  Pro Hac Vice Pending

20

                                  *Counsel for Plaintiff*

21

                                  -and-

22 **IT IS SO ORDERED.**

23                                   */s/ Todd J. Dressel*

    Dated this 3 day of January, 2025.   Todd J. Dressel, Esq.

24                                   McGuireWoods LLP

                                  201 Clay St., Suite 1300

25                                   San Francisco, CA 94111

    Gloria M. Navarro               *Counsel for Defendant Atomic Workers Alliance, LLC*

26     U.S. District Judge

27

28
-2-

# CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, I electronically filed the foregoing document entitled **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT STEPHEN BURR TO RESPOND TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (THIRD REQUEST)** with the United States District Court, District of Nevada using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Todd J. Dressel*
Todd J. Dressel