MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
**FREEMAN MATHIS & GARY, LLP**
770 E. Warm Springs Rd. Suite 360
Las Vegas, NV 89119
Tel.:  725.258.7360
Fax:  833.336.2131
Michael.Edwards@fmglaw.com

Benjamin M. Wegener, Esq. (State Bar #36952)
**WEGENER LANE & EVANS, P.C.**
743 Horizon Court, Suite 200
Grand Junction, Colorado 81506
Tel: (970)242-2645
ben@wlelegal.com
Pro Hac Vice

*Attorneys for Plaintiff Nuclear Care Partners, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NUCLEAR CARE PARTNERS, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br>vs.<br><br>RUBEN MENDOZA, an individual; STEPHEN BURR, an individual; and ATOMIC WORKERS ALLIANCE, LLC, a Tennessee limited liability company | Case No.: 2:24-cv-01441-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO PROVIDE REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER (FIRST REQUEST)** |

    Plaintiff Nuclear Care Partners, LLC ("NCP"), and Defendant Stephen Burr ("Burr"), by and through their counsel of record, hereby stipulate as follows:

    1.    NCP, Defendant Atomic Workers Alliance, LLC and Burr are continuing discussions in good faith to fully resolve this matter without further judicial involvement. The parties have exchanged draft settlement documentation and are making meaningful progress towards a potential final resolution. As a result of their on-going progress, the parties would like to continue settlement efforts before moving forward with litigation, including the costs associated

{06694128 / 2}

with motion practice.

2. The parties are committed to devoting resources to potential resolution at this stage.

3. Accordingly, NCP and Burr stipulate to continue the deadline for NCP to file a reply in support of its Motion for Temporary Restraining Order (ECF No. 7) from January 20, 2025, to February 3, 2025.

4. This is the Parties' first request for an extension.

IT IS SO STIPULATED.

DATED this 20th day of January, 2025

Submitted by:

By: /s/ Benjamin M. Wegener
Michael M. Edwards, Esq.
Nevada Bar No.: 6281
Alicia A. Hagerman, Esq.
Nevada Bar No.: 10891
770 E. Warm Springs Rd. Suite 360
Las Vegas, Nevada 89119

Benjamin M. Wegener, Esq.
Colorado State Bar No.: 36952
WEGENER LANE & EVANS, P.C.
743 Horizon Court, Suite 200
Grand Junction, Colorado 81506
Pro Hac Vice Pending

**ORDER**

*Counsel for Plaintiff*

IT IS SO ORDERED.

-and-

Dated this  21  day of January, 2025.

/s/ Todd J. Dressel
Todd J. Dressel, Esq.
McGuireWoods LLP
201 Clay St., Suite 1300
San Francisco, CA 94111
*Counsel for Defendant Atomic Workers Alliance, LLC and Stephen Burr*

_____
Gloria M. Navarro
U.S. District Judge

**CERTIFICATE OF SERVICE**

The undersigned, an employee of the law firm of Wegener Lane & Evans, P.C. hereby certifies that on this 20th day of January, 2025, she served a copy of the foregoing via electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case is registered as an electronic case filing user with the Clerk:

Timothy P. Elson, Esq.
Nevada State Bar #11559
**THE LAW OFFICERS OF TIMOTHY ELSON**
8965s. Eastern Ave., Suite 382
Las Vegas, Nevada 89123
Tim@ElsonLawOffices.com
(702) 874-8600
*Attorneys for Defendant*
*Ruben Mendoza*

Ryan J. Works, Esq.
**MCDONALD CARANO LLP**
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 81102
rworks@mcdonaldcarano.com
(702) 873-4100
*Attorneys for Defendant*
*Atomic Workers Alliances. LLC*

Todd J. Dressel, Esq.
**MCDONALD CARANO LLP**
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 81102
tdressel@mcdonaldcarano.com
(415) 844-9944
*Attorneys for Defendant*
*Atomic Workers Alliances. LLC*

*/s/ Ewara Drews*