MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
**FREEMAN MATHIS & GARY, LLP**
770 E. Warm Springs Rd. Suite 360
Las Vegas, NV 89119
Tel.: 725.258.7360
Fax: 833.336.2131
Michael.Edwards@fmglaw.com

Benjamin M. Wegener, Esq. (State Bar #36952)
**WEGENER LANE & EVANS, P.C.**
743 Horizon Court, Suite 200
Grand Junction, Colorado 81506
Tel: (970)242-2645
ben@wlelegal.com
Pro Hac Vice

*Attorneys for Plaintiff Nuclear Care Partners, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NUCLEAR CARE PARTNERS, LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br>vs.<br><br>RUBEN MENDOZA, an individual; STEPHEN BURR, an individual; and ATOMIC WORKERS ALLIANCE, LLC, a Tennessee limited liability company | Case No.: 2:24-cv-01441-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41** |

　　　　Plaintiff Nuclear Care Partners, LLC ("NCP"), and Defendants Stephen Burr and Atomic Workers Alliance, LLC, by and through their counsel of record, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this matter, with prejudice, each party to bear their own costs and attorney fees. Per prior stipulations and orders of the Court, all claims asserted in this action have now been resolved, and the parties respectfully request that the Court issue an order dismissing this action, with prejudice, with each party to bear their own costs and attorney fees.

{06694128 / 2}

Dated this 12th day of May, 2025.

Submitted by:

By: /s/ Benjamin M. Wegener
Michael M. Edwards, Esq.
Nevada Bar No.: 6281
Alicia A. Hagerman, Esq.
Nevada Bar No.: 10891
770 E. Warm Springs Rd. Suite 360
Las Vegas, Nevada 89119

Benjamin M. Wegener, Esq.
Colorado State Bar No.: 36952
WEGENER LANE & EVANS, P.C.
743 Horizon Court, Suite 200
Grand Junction, Colorado 81506
Pro Hac Vice Pending

*Counsel for Plaintiff*

-and-

/s/ Todd J. Dressel
Todd J. Dressel, Esq.
Nevada Bar No. 5936
McGuireWoods LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111

*Counsel for Defendant Atomic Workers Alliance, LLC and Stephen Burr*

IT IS SO ORDERED.

Dated this __12__ day of May, 2025.

_____
Gloria M. Navarro, District Judge United States District Court

# **CERTIFICATE OF SERVICE**

The undersigned, an employee of the law firm of Wegener Lane & Evans, P.C. hereby certifies that on this 12th day of May, 2025, she served a copy of the foregoing via electronic service through the United States District Court for the District of Nevada's ECF System upon each party in the case is registered as an electronic case filing user with the Clerk:

Ryan J. Works, Esq.
**MCDONALD CARANO LLP**
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 81102
rworks@mcdonaldcarano.com
(702) 873-4100
 *Attorneys for Defendants*

Todd J. Dressel, Esq.
**MCDONALD CARANO LLP**
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 81102
tdressel@mcdonaldcarano.com
(415) 844-9944
 *Attorneys for Defendant*s

         */s/ Hannah Brotherton*